Pg 1 of 6
Front & Back Pages

Christopher Foster/U.S. (United States)
Plaintiff,
1724 St. Rt. 728
Lucasville, Ohio 45699

Vs.

Ohio Dept of Rehab. & Cor., et al.,
Defendants.
770 West Broad Street
Columbus, Ohio 43222

– And –

President, Donald J. Trump
White House
Washington, D.C. 20001

RECEIVED
APR 24 2019
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Case No. 2 19 CV 1 5 7 6

Judge Watson
MAGISTRATE JUDGE JOLSON

## DISPUTE CLASS ACTION CIVIL IMMINENT-CONTRACT-CONTEMPORANEOUS DANGER COMPLAINT-EXPEDITE

(1) * In 2014 Dr. Ahmed filed an affidavit stating that he did not hold an exam upon my arrival to D.R.C.F. that claimed I was not paralized in my left leg, denying my wheelchair and preexisting care (discontinuance);

(2) He exceeded the contract of employee conduct to my disadvantage in which I am the inclusion of inmate listed in that contract to protect and this contract dispute issue waiver's Leaman as "void" under Ohio Revised Code 2743.02 because of his "malicious act" of perjury;

Pg 2 of 6

(3) He [hid] this exam from the face of my medical records after filing the affidavit to the Ohio Supreme Court Case No. 2014-00807-JD (Court of Claims), however, once Donald Trump was elected, his unorthodox policy of disregarding the structure of the laws was deemed norm, so the Ohio Department of Rehab. went back in my medical records, placed the 2014 exam on my medical records and confiscated my wheelchair placing me in an even more inaccessible situation (Exhibit 1);

(4). Without my treatment I could die and my treatment includes accessibility under 28 C.F.R. Section 35.130(b)(1)(ii)(2016) consistent with United States v. Georgia 546 U.S. 151, 157, (28 C.F.R. Section 35.151(a)-(b)(2016));

(5) They have destroyed my wheelchair and medical records, psychotic outbursts of inmates were toxic, and caused me to try fighting back by throwing fluids, after being treated like an animal for so long, but I recovered enough to hold back as much as I can in this situation, where the State has painted me in a frame of a vexatious litigator, even though I am not, nor have any case I have ever filed been to be evidenced false, because they are all real;

(6) I have been attacked over 15 times, since 2017 Feb., by staff and continuously denied all accessibility ever since and all supervisors including Central office Maria King, Rogers (Roger Wilson) etc.,

Pg 3 of 6

are all going along with it, like an [experiment];

(7) No one will answer my informals, and grievance etc., Infact the Warden tells me that all my Grievance have been exhausted and that The Court's is my only avenue, See (S.D.Ohio) Case No. 2:18-CV-247 (Copy at Doc.#5, page 9 of 12);

8). Donald Trump has made provisions for Federal prisoners under the First Step Act (2018), because he knew his outrageous policy decision making would cause Chaos, but did nothing for state prisoners protection and also recently declared a State of emergency for subsequent means of immigration, but immigration has gone on forever, the new policy making he is imposing has summarily here caused to Ignore Congress ADA statutes and the Constitution and Supreme Court, that, is the emergency;

9). I am in danger of death or worse injury than the injuries I am newly still suffering from, now, due to the listed issues — untreated—, See Smith v. Carpenter, 316 F.3d 178, 188 (2d.Cir. 2003);

10). The State result of inclusion of President Trump's policy differences, have also caused severe impediment through these circumstances;

11). Under United States v. Georgia, 546 U.S. 151, 159 (2006), The State has no immunity here for Violating the 1st, 8th, and 14th Amendments of the U.S. Constitution;

12). Also violating the Americans w/ Disability Act

by this contract breach by over 30 staff members including but not limited to the Governor, Mike DeWine whom is apart of Ohio Dept. of Corr also;

(I) Relief Requested WITH JURY DEMAND-CLASS ACTION

(1) I request upon notice of this case to be immediately transferred to an accessible facility pending ruling of this case and that the 9/26/14 exam be (Exhibit 1) removed from my records consistent with Dr. Ahmed's affidavit to the Court of Claims that it never occurred in Case No. 2014-00807-JD (Ohio Court of Claims);

(2) I seek for this prison to be condemned forever, because it is infested with bugs, mice, does not have effective water, sprinkler system, or policy and need to set example of deterrent effects; permanently and prospectively; That the listed officers and state actors be banned from working for the Government - State or Fed - forever upon O.C.C.P. on their record, and that all other staff of S.O.C.F. after it is condemned including those that are no longer employed be banned from Government jobs unless authorized by the below Federal Agency - Condemn S.O.C.F.;

(3) That Through injunction I be under Oath upon release subsequently in other matters from unlawful restraint deemed a chairman of board for privately funded Federal agency called "Deterrent Investigation Enforcement" agency designed to review routine interaction between Government,

religion and people, and design an constantly evolving system that keeps enforcement of both the constitution and peoples choice, only overruled by the United States Court. (Investigate & Enforcement - research)

(4) That the unsupported vexatious litigator claim be deemed null and unconstitutional on <u>Case No. 16-CV-5732 (Mike DeWine V. Foster) Columbus Court of Common Pleas</u>; This is a 1st Amendment violation;

$180 Million total {

(5) That Ohio Department of Corrections submit $100 million in four separate quarter increments of four years as payment to D.I.E. agency contribution for injunctive sanction, and Funding;

(6) That Ohio Department of Correction pay $80,000,000 (million) with four quarter increments every year ($20 mill a year) for tranquility damages;

(7) And for my Federal capacity to be a provision of Donald Trump's flawed Presidential decisions of erroneous policy display, in support of the Federal D.I.E. agency for development of a better community as a Country — This type of situation should not have the opportunity to occur again;

(8) This prison is not wheelchair accessible at all pursuant <u>28 C.F.R. Section 35.151 (a) - (b) (2016)</u> and no other wheelchair bound people shall be forced to be dragged, lifted, or otherwise required to have constant potential of death caused by stair usage force - forced to use stairs in wheelchair - again;

9) Leave to include additional information as it becomes available upon this request;

10) I did not learn of the evidence based on Dr. Ahmed's proof of perjury (Exhibit 1) until October - November 2018, when it was mailed to me a year after it was printed out. (My medical records went from Chronic pain symptoms or paralysis (S/P) Gunshot wounds, to no paralysis as of 2014) all in 2017;

11) I request this Court act fast and as an prospective Federal Official, I do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as an Federal Official under the U.S. Constitution and Laws of the United States.

12) Danger is ongoing, without treatment I cannot avoid more injury or death;

VERIFICATION

I Christopher Foster, do state/verify that all information here is true and correct and none based on belief, affirmed under penalty of perjury.

Executed at: Lucasville, Ohio 45699 Scioto County

Executed on: April 11th, 2019

Christopher Foster #665579
Christopher Foster #665579
1724 St. Rt. 728
Lucasville, Ohio 45699

Exhibit 1

Summary View for FOSTER, CHRISTOPHER Page 1 of 2



Guarantor: FOSTER, CHRISTOPHER

**FOSTER, CHRISTOPHER**
BCI: C535557  InmateID: A665579
Facility Code: SOCF  Housing Area: A K2 06
28 Y old Male, DOB: 02/10/1988
P.O. BOX 45699, SOUTHERN OHIO CORRECTIONAL FACILITY,
LUCASVILLE, OH-45699
Home: 740-259-5544

Appointment Facility: Southern Ohio Correctional Facility

01/25/2017 Progress Notes: David C Conley-CNP

**Current Medications**
None

**Mental/Medical History**
GSW to bilateral legs, head, chest, lungs, left arm.
Hard of hearing
Arthritis
Headaches
Misuse of medications
Neurontin level non-detectable 5/31/13
Carbamazepine level low and d/c 7/10/13
chronic pain s/p GSWs
Left leg paralysis , S/P GSW 6/1/2012. Resolved 8/2011, Not paralyzed on exam 9/26/2014
Elevated glucose 6/26/2012

**Allergies/Intolerance**
Penicillin

**Chief Complaint**
1. MER1-19-2017 X ray ordered.
2. pt refused, see HPI for additional notes

**History of Present Illness**
Generic HPI:
 2016-12-01 NORTRIPTYLINE 50MG CAPSULE(S) 1QPM 2016-12-29 2017-06-28
 2016-12-01 COAL TAR 1% SHAMPOO AAA QOD PRN 1-90 2016-12-01 2017-02-28
 2016-12-01 TRIAMCINOLONE ACET 0.1% CREAM AAA QD PRN 2016-12-01 2017-02-28.

 notified per security that pt refused to come to docot visit. I went to cell block for verification of refusal. when approached the cell front, pt was sitting on the edge of the bed. I asked pt if he had refused DSC visit in which he reploied, "I did not refuse, I need a whellchair" I advised the pt that the escorting officer had infact brought a wheelchair to the block. ZHe then became argumentative stating that he was suppposed to have a wheelchair all the time. I quickly advised Mr. Foster that he had an order from the ALP stating he could use a wheelchair for long distance ambulation. Pt is questioning why is order was changed, I told him that he would need to ask the ALP, as he is the one who writes the orders. Pt shows no signs or symptoms of acute distress while I was at cell front. Pt advised to complete HSR if he needs any further medical attention.



Electronically signed by Virginia Durham-LPN , VRD on 01/25/2017 at 02:28 PM EST
Sign off status: Completed

Patient: FOSTER, CHRISTOPHER DOB: 02/10/1988 Progress Note: David C Conley-CNP 01/25/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)
Foster v. ToCI 315cv494 Discovery Disclosure 000580

https://ecwapp.drc.ohio.gov:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=41... 9/19/2017

Southern Ohio Correctional Facility
1724 Ste Rt 728
Lucasville, OH 45699
Tel: 740-259-5544
Fax:

Patient: FOSTER, CHRISTOPHER   DOB: 02/10/1988   Progress Note: David C Conley-CNP   01/25/2017

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

U.S. District Court
85 Marconi Boulevard
Columbus, Ohio 43215

Attn: Clerk
United States District Court
Joseph P. Kinneary
U.S. Court house, RM 121
Columbus, Ohio 43215